UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT RUSSELL,

        Plaintiff,

  v.

T. JOKER, et al.,

        Defendants.

Case No. C23-0125-JLR-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's complaint is DISMISSED with prejudice for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii). Because the Court recommends dismissal on this ground, it also recommends that this dismissal count as a "strike" under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

//

ORDER - 1

Dated this 2nd day of May, 2023.

James L. Robart
United States District Judge

ORDER - 2